IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WHEEL OUTLET OF GEORGIA, INC. | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION FILE<br>)<br>) NO.: 1-04-CV-1602-CC<br>) |
| TRU SPINNERS INTERNATIONAL, INC., AMERICAN TRU SPINNERS, INC., TRU SPINNERS, INC., JAMES D. GRAGG, ELIZABETH M. GRAGG, CHARLES ABRAHAM, and DENISE FENIMORE, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST PLAINTIFF PURSUANT TO FED. R. CIV. P. 37**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in the United States District Court for the Northern District of Georgia, Atlanta Division, located at 75 Spring Street, SW, Atlanta, GA 30303-3361, before the Honorable Clarence Cooper, Defendants American Tru Spinners, Inc. and James D. Gragg, (hereinafter the "Defendants")

will move this Court for sanctions against Plaintiff Wheel Outlet of Georgia, Inc. to include 1) striking the pleading of Plaintiff, or in the alternative dismissing Plaintiff's claims with prejudice, 2) entering a default judgment for compensatory, statutory and punitive damages against Plaintiff, 3) enjoining Plaintiff from continuing to falsely advertise, deceive and/or mislead consumers that Plaintiff's products are licensed by Plaintiff American Tru Spinnners, Inc. under patents and/or trademarks thereof, 4) declaring non-infringement by Defendants of the trade dress or trademarks of Plaintiff, 5) awarding reasonable attorney fees and costs to Defendants, and 6) finding Plaintiff in contempt of this Court's Order of June 19, 2006.

Defendants rely upon the accompanying Memorandum of Law and Affidavit of Thomas R. Williamson III in support of this Motion.

Dated:  September 8, 2006

Respectfully submitted,

The Law Office of Robert James Winkler

s/Robert James Winkler
Robert James Winkler, Esq.
Admitted Pro Hac Vice
California Bar No. 230566

- 2 -

The Law Offices of Robert James Winkler
Gothard Business Center
16541 Gothard Street, Suite 204
Huntington Beach, CA 92647
Telephone No.: (714)-847-9000
Facsimile No.: (714)-847-9002
E-Mail:
LawOfficeofRobertWinkler@Yahoo.com

Counsel for Defendants
**JAMES D. GRAGG**
**AMERICAN TRU-SPINNERS, INC.**

Respectfully submitted,


s/Thomas R. Williamson III
Thomas R. Williamson III, Esq.
Georgia Bar No. 765506
Williamson Intellectual Property Law, LLC
1870 The Exchange, Suite 100
Atlanta, GA  30339
770-777-0977
770-777-0975 fax
twilliamson@trwiplaw.com

Designated Local Counsel for Defendants,
**JAMES D. GRAGG**
**AMERICAN TRU-SPINNERS, INC.**

## **CERTIFICATION**

Pursuant to Local Rule 7.1D, counsel for Defendants hereby certifies that this NOTICE OF MOTION AND MOTION FOR SANCTIONS has been prepared with Times New Roman Font (14 point).

This 8th day of September, 2006

                                                <u>s/Robert James Winkler</u>
Robert James Winkler, Esq.
Admitted Pro Hac Vice
California Bar No. 230566
The Law Offices of Robert James Winkler
Gothard Business Center
16541 Gothard Street, Suite 204
Huntington Beach, CA 92647

Counsel for Defendants
**JAMES D. GRAGG**
**MERICAN TRU-SPINNERS, INC.**

<u>s/Thomas R. Williamson III</u>
Thomas R. Williamson III, Esq.
Georgia Bar No. 765506
Designated Local Counsel for Defendants,
American Tru Spinners, Inc.
and James D. Gragg

Williamson Intellectual Property Law, LLC
1870 The Exchange, Suite 100
Atlanta, GA  30339
770-777-0977
770-777-0975 fax
twilliamson@trwiplaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WHEEL OUTLET OF GEORGIA, INC. )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>TRU SPINNERS )<br>INTERNATIONAL, INC., )<br>AMERICAN TRU SPINNERS, )<br>INC., TRU SPINNERS, INC., )<br>JAMES D. GRAGG, ELIZABETH )<br>M. GRAGG, CHARLES )<br>ABRAHAM, and DENISE )<br>FENIMORE, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION FILE<br><br>NO.: 1-04-CV-1602-CC |

**CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF MOTION AND MOTION FOR SANCTIONS with accompanying AFFIDAVIT OF THOMAS R. WILLIAMSON III was filed electronically via CM/ECF in the United States District Court for the Northern District of Georgia, with notice of same being served via First Class U.S. Mail, addressed to:

Wheel Outlet of Georgia, Inc.
c/o Greg Schreiner
2569 Iris Drive, Suite A
Conyers, GA  30013

This 8th day of September, 2006.

s/Thomas R. Williamson III
Thomas R. Williamson III, Esq.
Georgia Bar No. 765506
Designated Local Counselor for Defendants,
American Tru Spinners, Inc.
and James D. Gragg

Williamson Intellectual Property Law, LLC
1870 The Exchange, Suite 100
Atlanta, GA  30339
770-777-0977 voice
770-777-0975 fax
twilliamson@trwiplaw.com
